## Commonwealth *v.* Hagins, Appellant.

Argued June 22, 1971. *Arthur Kafrissen,* and *Gross, Sklar & Lorry,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Norris E. Gelman,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hamm, Appellant.

Submitted June 17, 1971. *David E. Auerbach,* Assistant Public Defender, for appellant; *O. Warren Higgins* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.